United States of America

v.

Samantha A. Johnson

Criminal No. 21-mj-1961

Defendant's Notice of Appeal

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

5:14 pm, Sep 23 2022
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___TTS___ Deputy

I, Samantha Johnson, by and through Pro Se representation Request an Appeal

Respectfully

[signature]